**DIGITAL IMPACT, INC.,**
**Plaintiff–Appellant,**

v.

**BIGFOOT INTERACTIVE, INC.,**
**Defendant–Cross Appellant.**

Nos. 2008–1255, 2008–1256.

United States Court of Appeals,
Federal Circuit.

March 10, 2009.

Rehearing and Rehearing En Banc
Denied May 4, 2009.

Thomas E. Moore, III, The Moore Law Group, of Palo Alto, CA, argued for plaintiff-appellant.

Arthur M. Dresner, Duane Morris LLP, of New York, NY, argued for defendant-cross appellant. With him on the brief were Robert L. Byer, and Matthew C. Mousley, of Philadelphia, Pennsylvania.

Before LOURIE, SCHALL, and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.